IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LETHA BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. A. NO. 25-0417-KD-MU |
| | ) |
| LYNWOOD REHABILITATION AND | ) |
| HEALTHCARE CENTER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

In attempt to comply with Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Local Rule, Lynwood SNF Operations, LLC, incorrectly denominated in the complaint as Lynwood Rehabilitation and Healthcare Center, has filed two disclosure statements, Docs. 5 and 7, the first of which was stricken by the Court as deficient. (*See* Doc. 6). The second remains deficient and is, thus, also **STRICKEN.**

The second disclosure statement, which was filed on December 1, 2025, provides in response to paragraph 3:

> Lynwood SNF Operations LLC has a sole member, AOP SNF Operations Holdings, LLC. Lynwood SNF Operations LLC has no additional reportable entities.

(Doc. 7 ¶ 3, PageID. 38). Notably, paragraph 3 of the form instructs that all "limited liability entity members and managers, trustees (but not beneficiaries), affiliates, or similar entities reportable under the provisions of the S.D. Ala. Civil L.R. 7.1" be identified. (*Id*.). Disclosure under this section has jurisdictional roots. S*ee Rolling Greens, MHP, L.P. v. Comcast SCH Holdings, L.L.C*., 374 F.3d 1020, 1021-1023 (11th

Cir. 2004) (per curiam). However, the necessity for identification of an LLC's entity members follows the same reasoning when determining potential conflicts of interests in a case. See SDAL L.R. 7.1(c) ("The purpose of the Disclosure Statement is to enable the Judges of this Court to determine the need for recusal ..."). Accordingly, to assess if there is a need for recusal in this matter, a full statement of the entity members of AOP SNF Operations Holdings, LLC, as the sole member of Lynwood SNF Operations LLC, is required.

The Court **ORDERS** Defendant Lynwood SNF Operations LLC to file a new Disclosure Statement identifying the complete entity membership of this limited liability company, including all entity and individual members of its parent company AOP SNF Operations Holdings, LLC and any entity and individual members of any LLC which is a member of AOP SNF Operations Holdings, LLC, and so on, in accordance with SDAL Civil Local Rule 7.1, on or before **December 10, 2025**.

**DONE** this the **3rd** day of **December**, **2025**.

s/P. Bradley Murray<br>
**UNITED STATES MAGISTRATE JUDGE**